# GALLO VITUCCI KLAR LLP

WWW.GVLAW.COM

Scott H. Goldstein
201-674-1766 Personal Mobile
sgoldstein@gvlaw.com

MEMO ENDORSED

The application is granted. The conference scheduled for July 1, 2021 is adjourned <u>sine die</u>.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

June 29, 2021

June 29, 2021

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Vega v. Hästens Beds, Inc. et al.</u>:

Dear Judge Gardephe:

We represent Hästens Beds, Inc., in the above captioned matter.

We respectfully submit this letter jointly requesting an adjournment of the upcoming July 1, 2021 conference. This request was previously made jointly within the body of Plaintiff's application seeking a pre-motion conference regarding whether service of process has been effectuated on Hästens, Ltd, Hästens Sangar AB, and Jan Ryde. The instant adjournment request is based on the fact that the above-described parties have not entered an appearance in the case as of yet because a dispute exists as to whether service has been validly effectuated on these entities, all of which are located outside the United States which is the subject of Plaintiff's counsel's request for a pre-motion conference. Plaintiff's counsel has advised that she filed a Certificate of Service for Hästens, Ltd in Malta yesterday and has advised that she will be filing a Certificate of Service for Hästens Sangar AB in Sweden tomorrow.

Given the pending, ongoing dispute over service upon the foreign defendants, as referenced above, the parties respectfully request that the initial conference be adjourned until the parties have the opportunity to brief the service of process issues in a motion if the Court deems such a motion necessary or, alternatively, until a date set by the Court, far enough into the future that will permit sufficient time for the action to proceed against all parties pursuant to the same scheduling deadlines. This is the parties' first request to adjourn the initial conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*[signature]*

Scott H. Goldstein

SHG/ar