UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lizandra Vega,

                Plaintiff,

-against-

Hastens Beds, Inc., et al.,

                Defendants.

1:21-cv-02732 (PGG) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Wednesday, July 14, 2021, at 10:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
             June 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge