UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lizandra Vega,

                Plaintiff,

-against-

Hastens Beds, Inc., et al.,

                Defendants.

1:21-cv-02732 (PGG) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2021

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held with the parties on July 14, 2021—during which counsel for Defendants Hästens Sängar AB, Hästens Ltd. and Jan Ryde (collectively, the "Subject Defendants") indicated that, in lieu of answering the Complaint, the Subject Defendants intend to file a motion to dismiss for insufficiency of service pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure—the Court hereby sets the following briefing schedule for any such motion:

1. The Subject Defendants shall file any such motion no later than Friday, July 30, 2021;

2. Plaintiff shall file any opposition no later than Friday, August 6, 2021; and

3. The Subject Defendants shall file any reply no later than Friday, August 13, 2021.

**SO ORDERED.**

Dated:    New York, New York
            July 14, 2021

_____
STEWART D. AARON
United States Magistrate Judge