```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lizandra Vega,

                      Plaintiff,

-against-

Hastens Beds, Inc., et al.,

                      Defendants.

1:21-cv-02732 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The Motion to Dismiss pursuant to Rule 12(b)(2), (b)(4) and (b)(5) of the Federal Rules of Civil Procedure filed by Defendants Hästens Sängar AB, Hästens Ltd. and Jan Ryde is now fully briefed. (*See* ECF Nos. 36-41.) Given that no motion has been made with regard to Defendant Hastens Beds, Inc. ("Hastens US"), which has Answered Plaintiff's Complaint (*see* ECF No. 19), the Court hereby Orders that, no later than Wednesday, September 1, 2021, Plaintiff and Hastens US shall file a joint letter proposing a schedule for discovery.

**SO ORDERED.**

Dated:      New York, New York
              August 16, 2021

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge