UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lizandra Vega,

                Plaintiff,

-against-

Hastens Beds, Inc., et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2021

1:21-cv-02732 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

      The parties are directed to appear for a telephone conference on Tuesday, November 2, 2021, at 2:00 p.m. EDT to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

      No later than Tuesday, October 5, 2021, Defendants Hästens Beds, Inc., Hästens Sängar AB and Jan Ryde shall serve responses and produce documents responsive to Plaintiff's targeted jurisdictional discovery requests. This deadline may be extended on consent without leave from the Court.

      No later than Tuesday, October 26, 2021, the parties shall file a joint letter proposing a schedule for supplemental briefing regarding personal jurisdiction.

      The deadline for Defendants Hästens Sängar AB and Jan Ryde to answer or otherwise respond to Plaintiff's Complaint is adjourned *sine die*.

**SO ORDERED.**

Dated: August 28, 2021
       New York, New York

_____
**STEWART D. AARON**
**United States Magistrate Judge**