# AUTHORITY

## Malta - Central Authority & practical information

**Central Authority:**

*Office of the State Advocate*

| | Contact details: |
|---|---|
| Address: | Office of the State Advocate,<br>16, Casa Scaglia,<br>Triq Mikiel Anton Vassalli<br>Valletta, VLT 1311<br>MALTA |
| Telephone: | +356 2226 5000 |
| Fax: | |
| E-mail: | info@stateadvocate.mt |
| General website: | http://www.stateadvocate.mt/ |
| Contact person: | |
| Languages spoken by staff: | English and Maltese |

| | Practical Information: |
|---|---|
| Forwarding authorities (Art. 3(1)): | The Office of the State Advocate<br>16, Casa Scaglia,<br>Triq Mikiel Anton Vassalli<br>Valletta, VLT 1311<br>MALTA |

Cited in Vega v Hasterms Bids, Inc 1-21cv02732 Decided 8/8/21
Archived on 9/1/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

| | |
|---|---|
| Methods of service (Art. 5(1)(2)): | Article 7 of Chapter 443 of the Laws of Malta: Where Malta is the State addressed for the purposes of Article 5 of The Hague Convention of 1965, the central authority shall cause the document to be served by attaching the document to a judicial letter filed in the Registry of the Civil Court, First Hall, to be served on the person addressed together with such document, and such judicial letter and accompanying documents shall be served in accordance with the methods prescribed in – (a) article 187(1), (2), (4) or (7) of the Code of Organization and Civil Procedure, as the circumstances of the case may require: Provided that the reference to curators appointed by the court in the said article 187(7) shall not apply; or (b) article 187(8) of the Code of Organization and Civil Procedure: Provided that the proviso to the said article 187(8) shall not apply, as the central authority may deem fit to specify in the circumstances of each case. |
| Translation requirements (Art. 5(3)): | Pursuant to Article 5(3) of the Convention, Malta will require the documents to be written in, or translated into, the English or Maltese language. |
| Costs relating to execution of the request for service (Art. 12): | There are no costs for service of documents under the Convention. |
| Time for execution of request: | |
| Judicial officers, officials or other competent persons (Art. 10(b)) | The Court Marshals are the competent persons to attempt service in Malta. |
| Oppositions and declarations (Art. 21(2)): | Click here to read all the declarations made by this State under the Service Convention. |
| Art. 8(2): | The Government of Malta opposes to service of documents within the territory of Malta effected directly through the diplomatic or consular agents of other Contracting States other than upon the national of the Contracting State effecting such service. |
| Art. 10(a): | The Government of Malta opposes to the use by other Contracting States of any of the methods of transmission and service of documents mentioned in the said Article 10 within its territory. |
| Art. 10(b): | The Government of Malta opposes to the use by other Contracting States of any of the methods of transmission and service of documents mentioned in the said Article 10 within its territory. |
| Art. 10(c): | The Government of Malta opposes to the use by other Contracting States of any of the methods of transmission and service of documents mentioned in the said Article 10 within its territory. |
| Art. 15(2): | No opposition |
| Art. 16(3): | No opposition |

Cited in Vega v Hasterns Beds Inc 1-21cv02732 Decided 8/28/21 Archived on 9/7/21 This document is protected by copyright. Further reproduction is prohibited without permission.

| | |
|---|---|
| Derogatory channels (bilateral or multilateral agreements or internal law permitting other transmission channels) (Arts. 11, 19, 24 and 25)<br>**Disclaimer:**<br>*Information may not be complete or fully updated – please contact the relevant authorities to verify this information.* | |
| Useful links: | |
| Competent authorities (Arts 6, 9) | See here. |
| Other authorities (Art. 18) | |

This page was last updated on: 21 April 2021

## Conventions (incl. Protocols and Principles)

Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters [14]

Cited in Vega v Hasten as Beds Inc
1-21cv02732 Decided 8/28/21
Archived on 9/7/21
This document is protected by copyright.
Further reproduction is prohibited without permission.