UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lizandra Vega,

                Plaintiff,

-against-

Hästens Beds, Inc., et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2021

1:21-cv-02732 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    Following a telephone conference with the parties this afternoon, the Court ORDERS, as follows:

1. No later than Tuesday, November 9, 2021, Plaintiff shall file any motion seeking an extension of her deadline to serve Defendant Hästens Ltd. and any other desired relief in connection with such service.

2. No later than Friday, December 3, 2021, the parties shall complete jurisdictional discovery.

3. No later than Friday, December 17, 2021, Plaintiffs shall file any supplemental briefing in opposition to the Foreign Defendants' Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction (*see* ECF No. 38 at 15-24), including supporting affidavits and exhibits.

4. No later than Friday, January 7, 2022, Defendants shall file any response, including supporting affidavits and exhibits.

**SO ORDERED.**

Dated: November 2, 2021
       New York, New York

_____
**STEWART D. AARON**
**United States Magistrate Judge**

2