UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:____12/21/2021____
```

Lizandra Vega,

                                   Plaintiff,

                    -against-

Hasten Beds, Inc. et al.,

                                   Defendants.

1:21-cv-02732 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court has reviewed Plaintiff's Letter Motion to Seal (ECF No. 74) and finds that it is incomplete with respect to (1) the precise information for which confidential treatment is sought, and (2) the legal basis for such treatment. Accordingly, the Court hereby ORDERS, as follows:

1. No later than December 31, 2021, Plaintiff shall publicly file to the ECF docket redacted versions of the documents filed under seal at ECF Nos. 71 to 73, such that only the information for which confidential treatment is sought is redacted from the documents and the remainder of the documents is publicly available. At the same time, Plaintiff shall email to Judge Aaron's chambers (at the email address Aaron_NYSDChambers@nysd.uscourts.gov) versions of such documents showing the redacted information with yellow highlighting.

2. No later than January 14, 2022, the party seeking confidential treatment for the information redacted per paragraph 1 of this Order shall file a letter to the ECF docket making a showing as to why the presumption of public access is overcome with respect to such information. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 126 (2d Cir. 2006).

Revised:  October 17, 2014

**SO ORDERED.**

Dated:          New York, New York
                December 21, 2021

_____
STEWART D. AARON
United States Magistrate Judge