# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

October 25, 2022

**VIA ECF**

The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/26/2022
```

Re: Vega v. Hästens Beds, Inc. *et al.*; No. 1:21-cv-02732 (PGG) (SDA)

Dear Judge Aaron:

We represent Plaintiff Lizandra Vega in the above-referenced matter. We write jointly with Defendants to respectfully request that the Status Conference scheduled for November 3, 2022 at 11:00 am be adjourned, given that the parties are scheduled to engage in private mediation at JAMS on November 14, 2022.

This is the first request to adjourn this conference. We thank Your Honor for the Court's time and consideration in this matter.

Respectfully submitted,

*Jeanne Christensen*

Jeanne M. Christensen

Cc: All Counsel of Record (*via* ECF)

---

Request GRANTED. The telephone conference currently scheduled for November 3, 2022, is adjourned *sine die*. In addition, no later than November 21, 2022, the parties shall file a joint letter regarding the status of this action. SO ORDERED.
Dated: October 26, 2022.