UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
LIZANDRA VEGA,

                        Plaintiff,

                v.

HÄSTENS BEDS, INC., HÄSTENS SÄNGAR AB, HÄSTENS LTD, and JAN RYDE, in his individual and professional capacity,

                        Defendants.
------------------------------------------------------- X

Case No.: 1:21-cv-02732 (PGG) (SDA)

**IT IS HEREBY STIPULATED AND AGREED,** by and among Plaintiff Lizandra Vega and Defendants Hästens Beds, Inc., Hästens Sängar AB and Jan Ryde, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her, his or its own costs and attorneys' fees.

Dated: February 1, 2023
       New York, New York

| **WIGDOR LLP** | **RESNICK & LOUIS, P.C.** |
|---|---|
| By: _/s/ Jeanne M. Christensen_ | By: _/s/ Scott H. Goldstein_ |
| 85 Fifth Avenue | 520 White Plains Road |
| New York, New York 10003 | Suite 500 |
| Telephone: (212) 257-6800 | Tarrytown, NY 10591 |
| Facsimile: (212) 257-6845 | Telephone: (914) 435-7229 |
| jchristensen@wigdorlaw.com | sgoldstein@rlattorneys.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Hästens Beds, Inc.* |

NIXON PEABODY LLP

By: _____
      Todd Shinaman

1300 Clinton Square
Rochester, NY 14604
Telephone: (585) 263-1000
tshinaman@nixonpeabody.com

*Counsel for Defendant Hästens Sängar AB and Jan Ryde*

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Feb. 2, 2023